

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

**UNITED STATES DISTRICT COURT**

**DISTRCIT OF NEVADA**

| | |
|---|---|
| Amanda Doell,<br><br>                    Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC, a Foreign Limited-Liability Company, dba Cardenas; Doe Manager; Does II through X; and Roe Corporations I through X, inclusive,<br><br>                    Defendant. | Case No.: 2:23-cv-1056-JCM-DJA<br><br>**Stipulation and [Proposed] Order TO Extend Discovery Deadlines and Amend Current Discovery Plan and Scheduling Order (ECF No. 13)**<br><br>Second Request |

The parties hereby stipulate and agree, subject to this Court's approval, to extend the current discovery deadlines and amend the Discovery Plan and Scheduling order (ECF No. 13) by ninety 60) days. This is the first request to extend the discovery deadlines in this matter. The parties are in agreement that the requested extension is in the interest of all parties to allow the parties to efficiently litigate this case. The parties submit that this extension is sought in good faith and will not unduly delay these proceedings.

**I.      Discovery Completed To Date.**

      a.   Written discovery to Plaintiff;

      b.   Written Discovery to Defendant

      c.   Disclosure of Expert Witnesses

**II.     Discovery Left to Be Completed.**

293603916v.1

a. Deposition of Plaintiff.

b. Deposition of Defendant's 30(b)(6) Representative.

c. Deposition of percipient witnesses

d. Disclosure of expert witnesses.

**III.     Reasons for Requested Extension.**

The parties request a short 60 day extension because of pending motion work that requires an extension. Cardenas filed a motion for a protective order on Plaintiff's proposed 30(b)(6) topics (ECF No. 15). The Court set a hearing for March 26th (ECF No. 16). This is the day after discovery closes. Because the result of this hearing has an effect on the other depositions in this case, the parties request a short 60day extension to finish discovery and the pending motion work.

**IV.     Current Deadlines and Requested Extension**

|  | Current | Proposed |
|---|---|---|
| Amending the Pleadings and Adding Parties | September 27, 2023 | CLOSED |
| Initial Expert Disclosures | December 26, 2023 | CLOSED |
| Rebuttal Expert Disclosures | January 25, 2024 | CLOSED |
| Discovery Closes | March 25, 2024 | May 24, 2024 |
| Dispositive Motions | April 24, 2024 | June 21, 2024 |
| Pre-Trial Order, if no Dispositive Motions | May 24, 2024 | July 19, 2024 |

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

293603916v.1

Therefore, the parties respectfully request that the Court enter an order approving the proposed discovery schedule as set forth above.

| WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Jonathan C. Pattillo, Esq.*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Jonathan C. Pattillo, Esq.<br>Nevada Bar No. 13929<br>Attorneys for Cardenas Markets, LLC | MOSS BERG INJURY LAWYERS<br><br>*/s/ Boyd B. Moss, Esq.*<br>Boyd B. Moss III, Esq.<br>Nevada Bar No. 8856<br>John C. Funk, Esq.<br>Nevada Bar No. 9255<br>Attorneys for Amanda Doell |
|---|---|

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3/4/2024