

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

# UNITED STATES DISTRICT COURT

# DISTRCIT OF NEVADA

| | |
|---|---|
| Amanda Doell,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Cardenas Markets, LLC, a Foreign Limited-Liability Company, dba Cardenas; Doe Manager; Does II through X; and Roe Corporations I through X, inclusive,<br><br>　　　　　　Defendant. | Case No.: 2:23-cv-1056-JCM-DJA<br><br>**Stipulation and Order to Dismiss with Prejudice** |

　　The parties stipulate to dismiss all claims in case 2:23-cv-1056, all parties to bear their own fees and costs. No trial date has been set.



*/s/ Jonathan C. Pattillo, Esq.*
Michael P. Lowry, Esq.
Nevada Bar No. 10666
Jonathan C. Pattillo, Esq.
Nevada Bar No. 13929
Attorneys for Cardenas Markets, LLC

MOSS BERG INJURY LAWYERS

*/s/ Boyd B. Moss, Esq.*
Boyd B. Moss III, Esq.
Nevada Bar No. 8856
John C. Funk, Esq.
Nevada Bar No. 9255
Attorneys for Amanda Doell

**IT IS SO ORDERED** January 29, 2025.

_____
UNITED STATES DISTRICT JUDGE



293603916v.1

**Kaufman, Jessica**

| | |
|---|---|
| **From:** | Tonya Baltazar <Tonya@mossberglv.com> |
| **Sent:** | Tuesday, January 28, 2025 12:09 PM |
| **To:** | Kaufman, Jessica |
| **Cc:** | Boyd Moss; John Funk |
| **Subject:** | RE: Doell v. Cardenas Markets - Cardenas Markets, LLC's - Settlement Check Pick Up |

**EXTERNAL EMAIL** This email originated from outside the organization.

Once our runner picks up the check you can e-sign the stipulation and order for Boyd.

Have a Great Day! 

*Tonya Baltazar, Paralegal*
MOSS BERG INJURY LAWYERS
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
tonya@mossberglv.com
www.mossberginjurylaw.com



CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Nothing in this e-mail should be construed as an electronic signature or an act constituting a binding contract. If you have received this communication in error, please immediately notify us at (702) 222-4555. Thank you.

**From:** Kaufman, Jessica <Jessica.Kaufman@wilsonelser.com>
**Sent:** Tuesday, January 28, 2025 12:03 PM
**To:** Tonya Baltazar <Tonya@mossberglv.com>
**Cc:** Boyd Moss <Boyd@mossberglv.com>; John Funk <John@mossberglv.com>
**Subject:** FW: Doell v. Cardenas Markets - Cardenas Markets, LLC's - Settlement Check Pick Up